IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SHANIQUA J. BRISCOE                          PLAINTIFF

v.                      No. 1:16-cv-143-DPM

APRIL STOKES, Case Worker, DHS-Newport;
SUSAN SIMMONS, Supervisor, DHS-Newport;
AMBER BAKER, Investigator, DHS-Newport;
KATIE ADAMS, Transporter, DHS-Newport;
DEPARTMENT OF HUMAN SERVICES           DEFENDANTS

ORDER

1. Shaniqua Briscoe filed this *pro se* action against the Arkansas Department of Human Services and several DHS employees who were involved in placing her children in foster care. She wants damages and wants her children returned to her custody. As a threshold matter, the Court must determine whether it has jurisdiction to resolve Briscoe's case.

This Court has no authority to determine parental rights or child custody. *Lehman v. Lycoming County Children's Services Agency*, 458 U.S. 502, 511 (1982). And to the extent the Arkansas courts have made custody decisions about Briscoe's children, this Court can't overturn those decisions. *Cf. D.C. Court of Appeals v. Feldman*, 460 U.S. 462, 482 (1983). Finally, Briscoe can't create jurisdiction by saying her lawsuit is a § 1983 action. *E.g., Bechtold*

*v. City of Rosemount*, 104 F.3d 1062, 1065 (8th Cir.1997).  This Court therefore lacks subject matter jurisdiction over Briscoe's case.  Briscoe may be able to pursue her claims in a state court; but she can't pursue them in a federal court.

2. Briscoe's complaint will be dismissed without prejudice for lack of jurisdiction. Her motion to proceed *in forma pauperis*, № 1, is therefore denied. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 November 2016