IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SHANIQUA J. BRISCOE                                                                    PLAINTIFF

v.                                          No. 1:16-cv-143-DPM

APRIL STOKES, Case Worker, DHS-Newport;
SUSAN SIMMONS, Supervisor, DHS-Newport;
AMBER BAKER, Investigator, DHS-Newport;
KATIE ADAMS, Transporter, DHS-Newport;
DEPARTMENT OF HUMAN SERVICES                                       DEFENDANTS

JUDGMENT

Briscoe's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

28 November 2016